UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLINA M., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL No. 3:22-cv-01997-YY |
| ) | |
| COMMISSIONER, SOCIAL ) | ORDER AWARDING FEES |
| SECURITY ADMINISTRATION, ) | PURSUANT TO THE EQUAL |
| ) | ACCESS TO JUSTICE ACT |
| ) | |
| Defendant. ) | |

It is hereby ORDERED that attorney fees in the amount of $7,850.00 are awarded to Plaintiff pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The amount of this award shall be paid to Plaintiff's attorney upon verification that Plaintiff validly assigned these EAJA fees to his attorney and that Plaintiff has no debt, which qualifies for offset against the award, pursuant to the Treasury Offset Program. *See Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt and there is a valid assignment, then a check shall be made out to Plaintiff's attorney, Rory Linerud, and mailed to Plaintiff's attorney's mailing address

as follows:      Rory J. Linerud
                 PO Box 5734
                 Salem, OR 97304

ORDER - EAJA FEES                 1

If Plaintiff has a debt, and/or if there is no valid assignment, then a check for any remaining funds, after any offset of the debt, shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above. IT IS SO ORDERED.

DATED this __21st__ day of __December__, 2023.

_____/s/ Youlee Yim You_____
HONORABLE YOULEE YIM YOU
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/ Rory J. Linerud
RORY J. LINERUD
Oregon State Bar #970061
Attorney for Plaintiff
Linerud Law Firm
PO Box 5734
Salem, OR 97304
Phone: (971)218-6954
Email: Rory@LinerudLawFirm.com
Fax: (503)877-6691